**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KRISTA E. NOEL, on behalf of herself and all
others similarly situated,

                              Plaintiff,

              -against-                                          24 **CIVIL** 7516 (CS)

                                                                **JUDGMENT**

PEPSICO, INC. and PEPSICO
ADMINISTRATION COMMITTEE,

                              Defendants.
------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 27, 2026, Defendants' motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     March 4, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                              **BY:**
                                        _____
                                                **Deputy Clerk**